1  Cris Meyer, 012262
2  Les S. Tuskai, 012582
   City Attorney
3  City of Phoenix
   200 West Washington Street
4  13th Floor
   Phoenix, Arizona 85003
5  (602) 262-6761
6   law.civil.minute.entries@phoenix.gov

7

8  Mary R. O'Grady, 011434
   Emma J. Cone-Roddy, 034285
9  OSBORN MALEDON, P.A.
   2929 North Central Avenue
10 21st Floor
   Phoenix, Arizona 85012-2793
11 (602) 640-9000
12 mogrady@omlaw.com
13 econe-roddy@omlaw.com

14 Attorneys for Defendant

15

16                    IN THE UNITED STATES DISTRICT COURT

17                          FOR THE DISTRICT OF ARIZONA

18

| | |
|---|---|
| Poder in Action, an Arizona nonprofit corporation; Arizona Dream Act Coalition, an Arizona nonprofit corporation; and Aurora Galan Mejia, individually and on behalf of others similarly situated<br><br>                    Plaintiffs,<br><br>vs.<br><br>The City of Phoenix, a municipal corporation,<br><br>                    Defendant. | No. CV-20-01429-DWL<br><br>**NOTICE OF DEPOSITION OF DAVID SUPER AND SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM DAVID SUPER** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Pursuant to Rule 45 and the attached subpoena, Defendant City of Phoenix will
3  take the deposition of David Super on September 30, 2020 at 9:00 A.M.

4        The deposition will be taken remotely through video conference technology
5  before an officer authorized by law to administer oaths. All attorneys and other
6  persons involved in the deposition may participate in the deposition either remotely or
7  in-person, depending on the circumstances that exist at the time of the deposition, and
8  the attorneys will agree to a protocol for taking and attending the deposition before it
9  occurs. The deposition will be transcribed by audio-video and stenography. If the
10 deposition is not completed on September 30, 2020, it will be continued day to day
11 thereafter, until completed, or at some mutually agreeable date within a reasonable
12 period of time.

13       Pursuant to Federal Rules of Civil Procedure 26, 30, and 45, Mr. Super is
14 requested to produce the documents identified in the subpoena by September 23, 2020
15 at 10:00 a.m. to undersigned counsel.

16       Dated this 16th day of September, 2020.

17                             OSBORN MALEDON, P.A.

18
                  By     s/ Emma J. Cone-Roddy
19                           Mary R. O'Grady
                          Emma J. Cone-Roddy
20                           2929 North Central
21                           21st Floor
                          Phoenix, Arizona 85012-2793
22
23                         CITY ATTORNEY'S OFFICE
                          Cris Meyer
24                           Les S. Tuskai
25                           Phoenix City Hall
                          200 West Washington Street, 13th Floor
26                           Phoenix, Arizona 85003

27                           Attorneys for Defendant

28