# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Poder in Action, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendant. | **NO. CV-20-01429-PHX-DWL**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 9, 2020, judgment of dismissal is entered and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

December 9, 2020

s/ D. Draper
By    Deputy Clerk
